# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: IOAN COCAN, )<br>)<br>Plaintiff. ) | No. 3:18-cv-00025<br>REEVES/GUYTON |

## MEMORANDUM AND JUDGMENT ORDER

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge, H. Bruce Guyson [R. 4]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's recommendation that plaintiff's application to proceed *in forma pauperis* [R. 2] be granted, and plaintiff allowed to file his complaint without payment of costs to fees. The court further agrees that the complaint fails to state a cause of action for which relief can be granted.

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling that plaintiff's application to proceed *in forma pauperis* [R. 2] is **GRANTED**, and the

Clerk is **DIRECTED** to file the complaint.  **IT IS FURTHER ORDERED** that the complaint [R.1] is **DISMISSED** for failure to state a claim for which relief can be granted.

The court has previously dismissed an identical action for failure to state a claim upon which relief can be granted.  *See* Civil Action No. 3:17-CV-283, dismissed August 18, 2017.  The mere fact that the Plaintiff would like for the federal court to assume responsibility for his family law issues is not sufficient to confer jurisdiction on this Court.  Plaintiff is admonished not to file a third meritless claim on this matter.

Enter:

_____
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *John L. Medearis*
  CLERK OF COURT